GLOBE INDEMNITY COMPANY, Appellant, v. C. J. NIGGEL, Doing Business under the Firm Name and Style of the Columbia Stone Company, Appellee.

No. 3317.

Circuit Court of Appeals, Fourth Circuit.

June 29, 1932.

Tobias & Turner and G. M. McCuen, all of Columbia, S. C., for appellant.

Nelson & Mullins, of Columbia, S. C., for appellee.

PER CURIAM.

Judgment of District Court affirmed, with costs.

GLOBE INDEMNITY COMPANY, Appellant, v. John W. RILEY, Appellee.

No. 3318.

Circuit Court of Appeals, Fourth Circuit.

June 29, 1932.

Tobias & Turner and G. M. McCuen, all of Columbia, S. C., for appellant.

James B. Murphy, of Columbia, S. C., for appellee.

PER CURIAM.

Judgment of District Court affirmed, with costs.

J. Raymond GORDON, Appellant, v. UNITED STATES of America, Appellee.

No. 3356.

Circuit Court of Appeals, Fourth Circuit.

June 21, 1932.

J. Raymond Gordon, of Charleston, W. Va., for appellant.

Okey P. Keadle, Asst. U. S. Atty., of Huntington, W. Va.

PER CURIAM.

Case docketed and dismissed on motion of appellee.

GOTTLEIB'S INCORPORATED, Appellant, v. The HARRIMAN NATIONAL BANK & TRUST COMPANY OF THE CITY OF NEW YORK, The Bank of United States, and Chatham Phœnix National Bank & Trust Company, Appellees.

No. 3258.

Circuit Court of Appeals, Fourth Circuit.

June 29, 1932.

Biggs & Broughton, of Raleigh, N. C., and Charles L. Abernethy, of New Bern, N. C., for appellant.

Thompson & Wilson, of Elizabeth City, N. C., for appellees.

PER CURIAM.

Case dismissed under Rule 20 per agreement of counsel.